Allen Krack, by Nicholas Krack, defendant in error, v. William T. Maypole, plaintiff in error. Gen. No. 24,423.

Action to recover damages resulting from bite of dog. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed with finding of fact. Opinion filed July 2, 1919. Taylor, J., dissenting.

Beckman, Cottrell & Phillips, for plaintiff in error. Sumner C. Palmer, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

Ferdinand W. Jaros, plaintiff in error, v. Edward Johanning and A. M. Wertzberger, copartners, defendants in error. Gen. No. 24,034.

Action to recover attorney's fees. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. John A. Mahoney, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed July 2, 1919.

F. W. Jaros, for plaintiff in error. Oscar M. Lumby, for defendant in error Edward Johanning.

Mr. Justice Taylor delivered the opinion of the court.

R. P. Lightfoot, appellee, v. Monarch Tool & Machinery Company, appellant. Gen. No. 24,148.

Suit for accounting. Decree confirming master's report. Appeal from the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed July 2, 1919. Rehearing denied July 16, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Walter Truc, for appellant; James S. Wight, of counsel. Harford & Lightfoot, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

Louis B. Clingman and L. P. Clingman, trading as L. P. Clingman & Company, appellees, v. John F. Higgins, appellant. Gen. No. 24,281.

Action to recover on promissory notes. Judgment for plaintiffs. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed July 2, 1919. Rehearing denied July 16, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Fyffe, Ryner & Dale, for appellant. Edward B. Healy, for appellees.

Mr. Justice Taylor delivered the opinion of the court.

Henry Horner & Company, appellant, v. Frank Walenga and Mary Walenga. Frank Walenga, appellee. Gen. No. 24,432.

Action to recover balance due on account. Judgment for defendant on set-off. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed July 2, 1919.

Mayer, Meyer, Austrian & Platt, for appellant; Jay C. Lytle, of counsel. Elmer J. Schnackenberg, for appellee.

Mr. Justice Taylor delivered the opinion of the court